■ COLLINS TUTTLE AND COMPANY, INC., Respondent-Appellant, v. SHOPPER'S PARK-WESTMOUNT, LTD., Appellant-Respondent; WOODWARD STORES, LTD., et al., Defendants, and HENRY L. FLATTAU, Respondent.— Order, Supreme Court, New York County, entered on January 12, 1972, unanimously modified, on the law, to the extent of dismissing the second cause of action against defendant Shopper's Park-Westmount, Ltd., and dismissing the complaint and severing the action as to it, and otherwise affirmed. Defendant-appellant-respondent shall recover of plaintiff-respondent-appellant $60 costs and disbursements of this appeal. The complaint fails to state a cause of action against the corporate defendant Shopper's Park (cf. *Warner Bros. Pictures* v. *Simon*, 21 A D 2d 863, affd. 15 N Y 2d 836; *Turntables, Inc.* v. *M. B. Plastics Corp.*, 31 A D 2d 792). Concur — Markewich, J. P., Kupferman, Murphy, Lane and Tilzer, JJ.